```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                 :
JING ZHANG, WEI FAN, MINGLIAN ZHANG, :
AND JUN ZHOU,                        :
                                 :          1:21-cv-01625-GHW
                    Plaintiffs,    :
                                 :             ORDER
           -v -                       :
                                 :
XUEYUAN HAN, HANFOR HOLDINGS CO., :
LTD., HF HOLDINGS LIMITED., HANFOR :
CAPITAL MANAGEMENT CO., LTD., :
NUOYUAN CAPITAL MANAGEMENT :
COMPANY LTD, GEORGE XU, JUNJUN :
FENG, WENNAN AO, BZ INDUSTRIAL :
(CHINA), BZ INDUSTRIAL :
(VIRGIN ISLANDS), BZ INDUSTRIAL :
(CAYMAN ISLANDS), HANFOR (CAYMAN) :
LIMITED, HFRE LLC, HF CAPITAL :
MANAGEMENT CAY INC., HF :
COSMOPOLITAN BETA L.P., HENGTAI :
SECURITIES CO., LTD., JOHN DOES 1-10, :
JANE DOES 1-10, AND ABC-XYZ CORP. 1-10, :
                                 :
                   Defendants.   :
                                 :
---------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

On February 24, 2021, Plaintiffs moved *ex parte* for a temporary restraining order and an order of attachment. The Court denied Plaintiffs' request for an *ex parte* temporary restraining order and ordered Defendants to show cause as to why the Court should not grant Plaintiffs' motion for an order of attachment. *See* Dkt. No. 8. Accordingly, Plaintiffs' application should be viewable to the general public.

The documents at Dkt. No. 4 contain potentially sensitive information. Counsel for Plaintiffs is directed submit any motion for approval of sealed or redacted filings by no later than February 26, 2021. Any such application should comply with the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to unseal Plaintiffs' *ex parte* submissions at Dkt. Nos. 2 and 5.

SO ORDERED.

Dated:  February 24, 2021

_____
GREGORY H. WOODS
United States District Judge