**Paul A. Gilmer, Esq.**
**N.Y. Regis. No.: 5581491**
WONG, WONG & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*
150 Broadway, Suite 1588
New York, NY 10038
Tel.: (212) 566-8080
Fax: (212) 566-8960
pgilmer@wongwonglaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JING ZHANG, WEI FAN, MINGLIAN ZHANG, AND JUN ZHOU,<br><br>**Plaintiffs,**<br><br>v.<br><br>XUEYUAN HAN, HANFOR HOLDINGS CO., LTD., HF HOLDINGS, LIMITED, HANFOR CAPITAL MANAGEMENT CO., LTD., NUOYUAN CAPITAL MANAGEMENT COMPANY LTD, GEORGE XU, JUNJUN FENG, WENNAN AO, BZ INDUSTRIAL (CHINA), BZ INDUSTRIAL (VIRGIN ISLANDS), BZ INDUSTRIAL (CAYMAN ISLANDS), HANFOR (CAYMAN) LIMITED, HFRE LLC, HF CAPITAL MANAGEMENT CAY INC., HF COSMOPOLITAN BETA L.P., HENGTAI SECURITIES CO., LTD., JOHN DOES 1-10, JANE DOES 1-10, AND ABC-XYZ CORP., 1-10,<br><br>**Defendants.** | Case No. 1:21-cv-01625<br><br><br><br>**MOTION TO REDACT** |

Now into court, through undersigned counsel, comes Jing Zhang, Wei Fan, Minglian Zhang, and Jun Zhou ("Plaintiffs"), who move to redact the documents at issue in Dkt. No. 4 in compliance with the Court's February 24, 2021 Order [Dkt. No. 9].

Plaintiffs filed an Affidavit of Emergency in Support of an Order to Show Cause with the following exhibits containing sensitive information as per FRCP 5.2: Exhibits **B1, B2, B3, G1, I1,** and **M**. In line with the Court's Order from February 24, 2021, attached are the proposed redacted versions of said exhibits for filing in place of the previously filed exhibits. Plaintiffs' counsel has reviewed the other exhibits and determined that no further redactions are necessary.

Accordingly, Plaintiffs pray that the Court enter an order directing the Clerk of Court to substitute the proposed attached exhibits with the ones currently filed.

Respectfully submitted,

/s/ Paul A Gilmer, Esq.
**Paul A. Gilmer, Esq.**
**N.Y. Regis. No.: 5581491**
WONG, WONG & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*
150 Broadway, Suite 1588
New York, NY 10038
Tel.: (212) 566-8080
Fax: (212) 566-8960
pgilmer@wongwonglaw.com