# EXHIBIT B-1

TY04

中国银行
BANK OF CHINA
跨行人民币汇款凭证

源水号:139001347 业务标识号:2018112323920574 委托日期:2018/11/23
发起行行号:104452000181
发起行名称:中国银行股份有限公司青岛麦岛路支行
付款人账号:█████9975 付款人卡号:███████3269
付款人名称:范伟

接收行行号:30810005078
接收行名称:招商银行股份有限公司北京东三环支行
收款人账号:████████0601
收款人名称:新余汉嘉投资管理中心（有限合伙）

货币、金额:CNY6,100,000.00
大写金额:人民币陆佰壹拾万元整
附言:购买VC一期

证件类别: 证件号码:
个人跨行柜台转账汇款手续费:50.00
机构:29880 经办柜员:3639552 打印时间:2018-11-23

本人已阅知并在此签署《申请人须知》
客户签字:



第
二
联

客
户
留
存

---

中国银行
BANK OF CHINA      Intra Bank RMB Remittance Receipt

| Serial No: 139001347 | Business Code: 208112323920574 | Transaction Date: 2018/11/23 |
|---|---|---|
| From Bank Code: 104452000181 | | |
| From Bank Name: Bank of China Qingdao Maidao Road Branch | | |
| Payer Account No.: █████9975 | Payer's card number: ███████3269 | |
| Payer Name: Wei Fan | | |

| Recipient Bank Code: 30810005078 | | |
|---|---|---|
| Recipient Bank Name: China Merchants Bank Beijing East Sanhuan Branch | | |

| Recipient Account No.: 110915947310601 | | |
|---|---|---|
| Recipient Name: Xinyu Hanjia Investment Management Center (Limited Partnership) | | |

| Amount: CNY6,100,00.00 | | |
|---|---|---|
| Capitalized Amount: RMB Six Billion and Ten Thousand | | |
| Note: To purchase the first batch of VC | | |

| ID Type: | | ID No.: |
|---|---|---|
| Individual Intro Bank Remittance Processing Fee: CNY 50.00 | | |
| Organization: 29880 | Operator: 3639552 | Print Time: 2018-11-23 |

It is hereby confirmed that I have read and signed "Subscribers' Note"

Client's Signature: *Wei Fan*                    Bank of China (Seal)



## BANK OF CHINA
### Intra Bank RMB Remittance Receipt

| Serial No: 134978861 | Business Code: 2018121227496592 | Transaction Date: 2018/12/12 |
|---|---|---|
| From Bank Code: 104452000181 | | |
| From Bank Name: Bank of China Qingdao Maidao Road Branch | | |
| Payer Account No.: ▮▮▮▮9975 | Payer's card number: ▮▮▮▮3269 | |
| Payer Name: Wei Fan | | |

| Recipient Bank Code: 105191084082 | | |
|---|---|---|
| Recipient Bank Name: China Construction Bank Hohhot Branch | | |

| Recipient Account No.: ███████-0488 | | |
|---|---|---|
| Recipient Name: Hengtai Securities Escrow Account | | |

| Amount: CNY20,000,000.00 | | |
|---|---|---|
| Capitalized Amount: RMB Twenty Million | | |
| Note: For Wei Fan purchases Jing Zhang's 20 million shares in Dingxing Fund | | |

| ID Type: | | ID No.: |
|---|---|---|
| Individual Intro Bank Remittance Processing Fee: 0.0 | | |
| Organization: 29880 | Operator: 0467862 | Print Time: 2018-11-23 |

It is hereby confirmed that I have read and signed "Subscribers' Note"

Client's Signature: *Wei Fan*                    Bank of China (Seal)