# EXHIBIT B-2

# Certificate of Fund

Dear <u>Minglian Zhang</u> Ms./Mr. (ID No. ▇▇▇▇▇▇▇▇▇▇▇041X)

Hello!

This company serves as the Fund Manager of <u>Yantai Hanfor Manyi Investment Center (Limited Partner)</u> (herein after "The Fund") and hereby confirmed below:

    You have successfully purchased the share of the Fund for the consideration of <u>twenty million RMB</u>, and thereby is the holder of Fund Share.

    It is hereby confirmed!

Certificate Serial No.: 1612280124        Fund Manager: Hanfor (Beijing) Capital Management Co.,
(note: This certificate only confirms the ownership of shares,
the detailed rights and obligation shall be based on the Agreement)

                                                                              December 27, 2016

# Certificate of Fund

Dear <u>Minglian Zhang</u> Ms./Mr. (ID No.: ███████041X)

Hello!

This company serves as the Fund Manager of <u>Yantai Hanfor Manyang Investment Center (Limited Partner)</u> (herein after "The Fund") and hereby confirmed below:

    You have successfully purchased the share of the Fund for the consideration of ten million RMB, and thereby is the holder of Fund Share.

    It is hereby confirmed!

Certificate Serial No.: 1612280101        Fund Manager: Hanfor (Beijing) Capital Management Co.,
(note: This certificate only confirms the ownership of shares,
the detailed rights and obligation shall be based on the Agreement)

                                                        December 27, 2016

# 基 金 份 额 确 认 书

尊敬的 __张铭联__ 女士/先生（身份证号：__████████████041X__ ）：

您好！

本公司作为 _____烟台汉富满益投资中心（有限合伙）_____ （以下简称"本基金"）的基金管理人特做出如下确认：

您已成功认购基金人民币 ____贰仟____ 万元对应的基金份额，依法成为基金份额持有人。

特此确认！

证书编号：1612280124

（本证书仅为对基金份额的确认，具体权利义务以基金合同为准）

基金管理人：汉富（北京）资本管理有限公司

二〇一六年十二月二十七日



# 基金份额确认书

尊敬的 张铭联 女士/先生（身份证号：_____041X____）：

您好！

本公司作为 烟台汉富满洋投资中心（有限合伙） （以下简称"本基金"）的基金管理人特做出如下确认：

您已成功认购基金人民币 壹仟 万元对应的基金份额，依法成为基金份额持有人。

特此确认！

证书编号：1612280101

基金管理人：汉富（北京）资本管理有限公司

二〇一六年十二月二十七日

（本证书仅为对基金份额的确认，具体权利义务以基金合同为准）