# EXHIBIT G-1

15:21

<

Re: NIO progress of Qingdao client

H  Xueyuan Han
   Me, Han expand trimmed content

The stock has not been sold yet, (we) will now transfer the stock to the client. The current market value is not too high, is it no good? Lost much, currently the client has about 500,000 shares, give or take.

Han

Show quote

15:21
◀ 微信

<                                         ⋯

Re: 青岛客户蔚来汽车进展

H  韩学渊
   我, 韩总  展开详情

股票都没有卖出，目前给客户划转股票，市值不高，是不是不好？赔了不少
目前计划出来客户差不多有五十万股

Han

显示引文

**From Ali Email iPhone**
----------Original email------------
From: Hanfor han@hanfor.cn
Date: 2019-11-04-12:02:04
To: Yanan Ding dingyanan@nuoyuan.com.cn
cc: Boss Han han@nuoyuan.com.cn
Subject: Re: NIO mobile progress of Qingdao client
Stock has not been sold yet, (we) will now transfer the stock to the client. The current market value is not too high, is it no good? Lost much, currently the client has about 500,000 shares, give or take.

Han

On Sep 25, 2019 at 12:59 PM, Yanan Ding[i] <dingyanan@nuoyuan.com.cn> wrote:

Mr. Han,
　　Here to bother you again, the client saw the stock price dropped 28% with no updates and is feeling uneasy. Her cash flow was affected by the stock price fluctuations. We are hesitant to push Hong Kong since we haven't heard from them. Can you tell us what is going on at this point?

From Ali Email iPhone

---

[i] Yanan Ding is the asset advisor who assisted Plaintiff Jing Zhang in investing in the Ruili Wenxin Project.

Re: Disposition of NIO mobile of Qingdao VIP client
Han Myself. Xueyuan Han  expand trimmed content

Please send the account information to my wechat, I will transfer the stock shares

Sent from my iPhone

On May 6, 2019 at 11:55 PM, Yanan Ding <dingyanan@nuoyuan.com.cn> wrote:

Hello Mr. Han,

  The biggest client in Qingdao Ms. Jing Zhang invested 2 million USD to NIO automobile. An oversea stock trading account was set up previously according to the company's requirements (please see the attached photo for the detail).   After the silent period the company plans to transfer the stock shares to Ms. Jing Zhang's stock trading account.  Because[sic] this client is the biggest client in Qingdao and is influential within the local community, this client recently has had great anxiety due to the late (profits distribution) of company's product and the untimely information release. (I) would like to ask Mr. Han regarding the investment withdraw in NIO project:
  1. Is there any other materials that should submit to the company?
  2.  When can complete progress of the stock transfer?

    Looking forward for Mr. Han's reply, thank you.
    Yanan Ding





Re: Fw: Disposition of NIO mobile of Qingdao VIP client

Han myself. Xueyuan Han expand trimmed content

I am processing it. After it's done, will help him [sic] regarding the transfer procedure.

Send from my iPhone

On May 13, 2019 at 8:30 PM, Yanan Ding <dingyanan@nuoyuan.com.cn> wrote:

Hello Mr. Han,
   The Qingdao Client of the NIO project is eager to finalize the necessary procedures, but has been unable to add your WeChat, this is my WeChat account ▇▇▇▇▇▇3693 or ▇▇▇▇▇▇6352. Please add me at your convenience, thank you for your assistance, much appreciated.

Yanan Ding

