# EXHIBIT I-1

Kjmund Denmark: 拘留：[日中]

北京市公安局朝阳分局
# 拘 留 通 知 书

京公朝拘通字〔2019〕000478 号

李延武家属：

　　根据《中华人民共和国刑事诉讼法》第 八十二 条之规定，我局已于 ___年__月__日__时将涉嫌 非法吸收公众存款罪 的 李延武 （性别 男 ，出生日期 ▇▇▇▇ 6月6日 ，住址 北京市朝阳区惠生园21号楼1单元704号 ）刑事拘留，现羁押在 朝阳区看守所 。

（盖章：北京市公安局朝阳分局）

二〇一九年六月九日

注：看守所地址_____

此联交被拘留人家属

BEIJING CITY PUBLIC SAFETY BUREAU CHAOYANG SUB-BUREAU

NOTICE OF DETENTION

JGCJT (2019) No. 000478

Family of Yanwu Li:

      According to Article Eighty two of the Criminal Procedure Law of the People's Republic of China, this bureau has criminally incarcerated <u>LI, YANWU (Gender: Male, Date of Birth: July 6        , address: Beijing Chaoyang District Huisheng Garden, Building 21, Unit 1, No. 704), who is suspected of engaging illegally soliciting cash deposits from the public.</u> The said suspect is now being held in custody at Chaoyang Detention Center.

*Beijing City Public Safety Bureau*
*Chaoyang Sub-bureau* (Seal)
January 9th, 2019

Note: Address of the Detention Center_____

This copy is for detainee's family