EXHIBIT "M"



# The Public Database of Judicial Enforcement Notices

(Http://zxgk.court.gov.cn)

The Dishonest Debtor:

| | |
|---|---|
| **Debtors' Name/Title:** | Hanfor (Beijing) Capital Management Company |
| **Number of Identification Card/Code of Legal Entity:** | ████880-6 |
| **Enforcing Court:** | Beijing No.1 Intermediate People's Court |
| **Province:** | Beijing |
| **No. of Enforcement Notice:** | 2019 JZCZNo. 3057 |
| **Time of Opening the Case:** | January 14, 2020 |
| **Case No.:** | (2020) J01Z No. 256 |
| **Agency Issuing The Notice:** | Beijing Bureau of Arbitration |
| **Obligation Stipulated by the Notice:** | Pay off debt of 1,069,795.00 RMB |
| **Status of Obligation:** | Unfulfilled |
| **Current Status of the Dishonest Debtor:** | In violation of assets reporting regulation |
| **Time of Publish:** | March 06, 2020 |
| **Legally Responsible Person:** | HAN, Xueyuan |



(http://zxgk.court.gov.cn/)

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 汉富（北京）资本管理有限公司 |
| 身份证号码/组织机构代码： | ████380-6 |
| 执行法院： | 北京市第一中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | 2019京仲裁字第3057号　点击了解更多 |
| 立案时间： | 2020年01月14日 |
| 案号： | (2020)京01执256号 |
| 做出执行依据单位： | 北京仲裁委员会 |
| 生效法律文书确定的义务： | 应偿还 1,069,795.00 元 均未履行 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 违反财产报告制度 |
| 发布时间： | 2020年03月06日 |
| 法定代表人： | 韩学渊 |

关闭

地址：北京市东城区东交民巷27号　邮编：100745

总机：010-67550114

中华人民共和国最高人民法院 版权所有

京ICP备05023036号

# Beijing No.1 Intermediate People's Court

Order of Consumption Restriction

(2020) J01Z No. 256

Hanfor (Beijing) Capital Management Company:

On January 14th, 2020, this court opened a civil enforcement action brought by the petitioner Shixia Tao against your organization. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.1 Intermediate People's Court (Seal)*
February 24, 2020

# 北京市第一中级人民法院
## 限制消费令

(2020)京01执256号

汉富（北京）资本管理有限公司

　　本院于2020年01月14日立案执行申请人陶士霞申请 执行你单位民事一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年二月二十四日

# Beijing No.3 Intermediate People's Court

Order of Consumption Restriction

(2020) J03Z No. 441

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 1st, 2020, this court opened a civil enforcement action brought by the petitioner Shengna Zhu against your organization. Due to your failure to timely comply with the payment obligation stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on High-level consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly related to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the High-Level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high consumptions in Hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase finance products; (9) Other consumption that is unnecessary for personal and business expenses, such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple units) trains. If the (legally responsible person, chief executives, staff who directly related to the payment of debt and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proved to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
May 26, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020)京03执441号

北京汉富融信资产管理合伙企业（有限合伙）

本院于2020年04月01日立案执行申请人朱盛娜申请执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年五月二十六日

# Beijing No.3 Intermediate People's Court

Order of Consumption Restriction

(2020) J03Z No. 454

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 1st, 2020, this court opened a civil enforcement action brought by the petitioner Shengna Zhu against your organization.　Due to your failure to timely comply with the payment obligation stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on High-level consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly related to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the High-Level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

 (1)　To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high consumptions in Hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase finance products; (9) Other consumption that is unnecessary for personal and business expenses, such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple units) trains. If the (legally responsible person, chief executives, staff who directly related to the payment of debt and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proved to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China.　If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*

July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020)京03执454号

北京汉富融信资产管理合伙企业（有限合伙）

本院于2020年04月01日立案执行申请人朱晓明申请执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

## Order of Consumption Restriction

(2020) J03Z No. 669

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 20, 2020, this court opened a civil enforcement action brought by the petitioner Jiping Wu against your organization.   Due to your failure to timely comply with the payment obligation stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on High-level consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly related to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the High-Level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1)  To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high consumptions in Hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase finance products; (9) Other consumption that is unnecessary for personal and business expenses, such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple units) trains. If the (legally responsible person, chief executives, staff who directly related to the payment of debt and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proved to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China.   If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020) 京03执669号

北京汉富融信资产管理合伙企业（有限合伙）

本院于2020年04月20日立案执行申请人吴吉平申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二○二○年七月六日

# Beijing No.3 Intermediate People's Court

Order of Consumption Restriction

(2020) J03Z No. 670

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 20, 2020, this court opened a civil enforcement action brought by the petitioner Yimin He against your organization.  Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China.  If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020) 京03执670号

北京汉富融信资产管理合伙企业（有限合伙）

　　本院于2020年04月20日立案执行申请人何益民申请 执行你单位国内涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

## Order of Consumption Restriction

(2020) J03Z No. 671

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 20, 2020, this court opened a civil enforcement action brought by the petitioner Mei Liu against your organization. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020) 京03执671号

北京汉富融信资产管理合伙企业（有限合伙）

本院于2020年04月20日立案执行申请人刘美申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

## Order of Consumption Restriction

(2020) J03Z No. 676

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 21st, 2020, this court opened a civil enforcement action brought by the petitioner Yachen Sun against your organization. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020)京03执676号

北京汉富融信资产管理合伙企业（有限合伙）

本院于2020年04月21日立案执行申请人孙雅倩申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

Order of Consumption Restriction

(2020) J03Z No. 743

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On April 27, 2020, this court opened a civil enforcement action brought by the petitioner Li Zhang against your organization.   Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China.   If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

（2020）京03执743号

北京汉富融信资产管理合伙企业（有限合伙）

　　本院于2020年04月27日立案执行申请人张莉申请执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

## Order of Consumption Restriction

(2020) J03Z No. 778

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On May 8, 2020, this court opened a civil enforcement action brought by the petitioner Shengping Zhao against your organization. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
July 6, 2020

# 北京市第三中级人民法院
## 限制消费令

(2020) 京03执778号

北京汉富融信资产管理合伙企业（有限合伙）

　　本院于2020年05月08日立案执行申请人赵圣平申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年七月六日

# Beijing No.3 Intermediate People's Court

Order of Consumption Restriction

(2020) J03Z No. 1555

Hanfor Rongxin Capital Management Partnership (Limited Partner):

On October 13, 2020, this court opened a civil enforcement action brought by the petitioner Baoqing Liu against your organization. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing No.3 Intermediate People's Court (Seal)*
October 22, 2020

# 北京市第三中级人民法院
## 限制消费令

　　　　　　　　　　　　　　（2020）京03执1555号

北京汉富融信资产管理合伙企业（有限合伙）

　　本院于2020年10月13日立案执行申请人刘宝芹申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位法定代表人韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人
民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘
留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇二〇年十月二十二日

# Beijing Chaoyang District People's Court

## Order of Consumption Restriction

(2019) J0105Z No. 34399

Nuoyuan Zhengxin Pingji Company:

On August 28, 2019, this court opened an enforcement action brought by the petitioner Wenting Mu against your organization based on an domestic arbitration. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 9, 2019

# 北京市朝阳区人民法院
## 限制消费令

（2019）京0105执34399号

诺远征信评级有限公司

　　本院于2019年08月28日立案执行申请人穆文婷申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

　　如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

　　此令

　　　　　　　　　　　二〇一九年九月九日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 34400

Nuoyuan Zhengxin Pingji Company:

On August 28, 2019, this court opened an enforcement action brought by the petitioner Lijun Yu against your organization based on an domestic arbitration. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 9, 2019

# 北京市朝阳区人民法院
## 限制消费令

（2019）京0105执34400号

诺远征信评级有限公司

本院于2019年08月28日立案执行申请人于立俊申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月九日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 34401

Nuoyuan Zhengxin Pingji Company:

In August 28, 2020, this court opened an enforcement action brought by the petitioner Wenting Mu against your organization based on a domestic arbitration. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 9, 2019

# 北京市朝阳区人民法院
## 限制消费令

(2019) 京0105执34401号

诺远征信评级有限公司

本院于2019年08月28日立案执行申请人曹燕申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月九日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 34402

Nuoyuan Zhengxin Pingji Company:

In August 28, 2020, this court opened an enforcement action brought by the petitioner Ye Wang against your organization based on a domestic arbitration. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 9, 2019

# 北京市朝阳区人民法院
## 限制消费令

(2019)京0105执34402号

诺远征信评级有限公司

本院于2019年08月28日立案执行申请人王业申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月九日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 35300

Nuoyuan Zhengxin Pingji Company:

On September 4, 2019, this court opened an enforcement action brought by the petitioner Junshuang Zhang against your organization based on an employment dispute. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 24, 2019

# 北京市朝阳区人民法院
## 限制消费令

(2019)京0105执35300号

诺远征信评级有限公司

本院于2019年09月04日立案执行申请人张峻爽申请 执行你单位劳动争议、人事争议一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月二十四日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 35301

Nuoyuan Zhengxin Pingji Company:

On September 4, 2019, this court opened an enforcement action brought by the petitioner Jianjiao Zhang against your organization based on an employment dispute. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 24, 2019

# 北京市朝阳区人民法院
## 限制消费令

(2019)京0105执34399号

诺远征信评级有限公司

本院于2019年08月28日立案执行申请人穆文婷申请 执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月九日

# Beijing Chaoyang District People's Court

Order of Consumption Restriction

(2019) J0105Z No. 35302

Nuoyuan Zhengxin Pingji Company:

On September 4, 2019, this court opened an enforcement action brought by the petitioner Anli Dai against your organization based on an domestic arbitration. Due to your failure to timely comply with the payment obligations stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on high consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly relate to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the high-level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high-level consumption in hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase financial products; (9) Other consumption that is unnecessary for personal and business expenses; such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple unit) trains. If the (legally responsible persons, chief executives, staff who directly related to the payment of debt, and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proven to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Beijing Chaoyang District People's Court (Seal)*
September 24, 2019

# 北京市朝阳区人民法院
## 限制消费令

(2019)京0105执35302号

诺远征信评级有限公司

本院于2019年09月04日立案执行申请人代安丽申请 执行你单位劳动争议、人事争议一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年九月二十四日

# Shenzhen Intermediate People's Court

## Order of Consumption Restriction

(2020) Y03Z No. 3314

Hanfor Holdings Limited:

On July 2, 2020, this court opened a contract disputes enforcement action brought by the petitioner Lijun Peng against your organization. Due to your failure to timely comply with the payment obligation stipulated in the Judicial Enforcement Notice within the mandatory period, according to Article 255 of the "Civil Procedure Law of the People's Republic of China" and Articles 1 and 3 of the "Several Provisions of the Supreme People's Court on Restricting High-Level Consumption and Related Consumption of Persons Subject to Execution", this court is hereby imposing restrictions on High-level consumption of your organization. Your organization and (Legally Responsible Person, Chief Executives, staff who directly related to the payment of debt and person in actual control) of the organization, Xueyuan Han, shall be subject to said restrictions, shall not engage in the High-Level consumption activities listed below, and other consumption activities that are unnecessary personal and business expenses.

(1) To choose second-class or above seats when travelling via airplane, ferry and soft-bed trains; (2) Incur high consumptions in Hotels, nightclubs, or golf course; (3) Purchase real estate properties; renew, redecorate or expand high-end houses; (4) Lease high-end office buildings, hotels, apartments and other places for office work; (5) Purchase vehicles that are unnecessary for business operations; (6) Travel and vacation; (7) Children shall not attend high-end private schools; (8) Pay high premiums to insurance policies or to purchase finance products; (9) Other consumption that is unnecessary for personal and business expenses, such as taking G-series high-speed trains, or first-class seats on other EMU (electric multiple units) trains. If the (legally responsible person, chief executives, staff who directly related to the payment of debt and person in actual control) of your organization intends to commit the aforementioned consumption for private purposes and using personal assets, you can apply with this court. If your organization needs to commit the aforementioned consumption due to business needs, you should submit an application to this court and proceed with an approval.

If you violate the consumption restriction order; and it is proved to be true, this court will impose a fine and detention in accordance with Article 111 of the Civil Procedure Law of the People's Republic of China. If the circumstances are serious and constitute a crime, criminal responsibility shall be pursued in accordance with the law.

It is hereby ordered.

*Shenzhen Intermediate People's Court (Seal)*
July 26, 2020

# 深圳市中级人民法院
## 限制消费令

（2020）粤03执3314号

汉富控股有限公司

　　本院于2020年06月02日立案执行申请人彭丽君申请执行你单位合同纠纷一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位法定代表人韩学渊不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为的，可以向本院提出申请。如你单位因经营必需而进行前述禁止的消费活动的，应当向本院提出申请，获批准后方可进行。

　　如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

　　此令

　　　　　　　　　　　二〇二〇年七月二十七日