```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JING ZHANG, WEI FAN, MINGLIAN ZHANG,    :
AND JUN ZHOU,                           :
                                        :             1:21-cv-01625-GHW
                                        :
                    Plaintiffs,         :
                                        :                  ORDER
            -v -                        :
                                        :
XUEYUAN HAN, HANFOR HOLDINGS CO., LTD., :
HF HOLDINGS LIMITED., HANFOR CAPITAL    :
MANAGEMENT CO., LTD., NUOYUAN CAPITAL   :
MANAGEMENT COMPANY LTD, GEORGE XU,      :
JUNJUN FENG, WENNAN AO, BZ INDUSTRIAL   :
(CHINA), BZ INDUSTRIAL                  :
(VIRGIN ISLANDS), BZ INDUSTRIAL (CAYMAN :
ISLANDS), HANFOR (CAYMAN) LIMITED, HFRE :
LLC, HF CAPITAL MANAGEMENT CAY INC., HF :
COSMOPOLITAN BETA L.P., HENGTAI         :
SECURITIES CO., LTD., JOHN DOES 1-10, JANE :
DOES 1-10, AND ABC-XYZ CORP. 1-10,      :
                                        :
                    Defendants          :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiffs' request for leave to file redacted versions of certain exhibits related to their Affidavit of Emergency in Support of an Order to Show Cause. Dkt. No. 14. The documents at Dkt. No. 4 will remain sealed. Plaintiffs are directed to file a complete set of the documents found at Dkt. No. 4, with the redacted documents at Dkt. No. 14 substituting any exhibits containing sensitive information.

Plaintiffs' counsel is directed to serve a copy of this order and the order at Dkt. No. 9 on Defendants and to retain proof of service.

SO ORDERED.

Dated: February 27, 2021

_____
GREGORY H. WOODS
United States District Judge