AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jing Zhang, et al. <br><br> *Plaintiff(s)* <br> v. <br> Xueyuan Han, et al. <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-01625-GHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BZ Industrial (China); BZ Industrial Limited (Cayman Islands); BZ Industrial Limited (Virgin Islands); George Xu; Hanfor Capital Management Co.; Hanfor Holdings Co., Ltd.; Hanfor (Cayman) Limited; Hengtai Securities Co., Ltd.; HF Capital Management Cay Inc.; HF Cosmopolitan Beta L.P.; HF Holdings Limited; HFRE LLC; Junjun Feng; Nuoyuan Capital Management Company Ltd.; Wennan Ao; Xueyuan Han;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul A. Gilmer, Esq.
WONG, WONG & ASSOCIATES, P.C.
Attorneys for Plaintiffs
150 Broadway, Suite 1588
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 1, 2021                          /S/ S. James
                                   *Signature of Clerk or Deputy Clerk*

Summons Rider

Defendants

1. BZ Industrial (China)
   c/o Xueyuan Han as CEO
   377 Rector Place, Unit PHB (a.k.a. Unit #27B), New York, NY

2. BZ Industrial Limited (Cayman Islands)
   c/o Xueyuan Han as principal
   377 Rector Place, Unit PHB (a.k.a. Unit #27B), New York, NY

3. BZ Industrial Limited (Virgin Islands)
   39-07 Prince Street Suite 4C, Flushing, New York, 11354

4. George Xu
   39-07 Prince Street, Suite 4C, Flushing, NY 11354

5. Hanfor Capital Management Co.
   c/o Xueyuan Han as principal
   377 Rector Place, Unit PHB (a.k.a. Unit #27B), New York, NY

6. Hanfor Holdings Co., Ltd.
   c/o Xueyuan Han as principal
   377 Rector Place, Unit PHB (a.k.a. Unit #27B), New York, NY

7. Hanfor (Cayman) Limited
   c/o Xueyuan Han as CEO
   377 Rector Place, Unit #PHB (a.k.a. Unit #27B), New York, NY 10280

8. Hengtai Securities Co., Ltd.
   Sunlight Tower No. 248 Queens' Road East, Wan Chain District, Hong Kong

9. HF Capital Management Cay Inc.
   39-07 Prince Street Suite 4C, Flushing, New York, 11354

10. HF Cosmopolitan Beta L.P.
    39-07 Prince Street Suite 4C, Flushing, New York, 11354

11. HF Holdings Limited
    c/o Xueyuan Han as principal
    377 Rector Place, Unit #PHB (a.k.a. Unit #27B), New York, NY 10280

12. HFRE LLC
    39-07 Prince Street, Suite 4C, Flushing, New York 11354

13. Junjun Feng
    554 Third Avenue, Unit PHA, New York, NY 10016

14. Nuoyuan Capital Management Company Ltd.
    c/o Xueyuan Han as CEO
    377 Rector Place, Unit #PHB (a.k.a. Unit #27B), New York, NY 10280

15. Wennan Ao
    39-07 Prince Street Suite 4C, Flushing, New York, 10280

16. Xueyuan Han
    377 Rector Place, Unit PHB (a.k.a. Unit #27B), New York, NY