# EXHIBIT B

9737946.1

Finance Home   Watchlists   My Portfolio   Screeners   Premium   Markets   News   Personal Finance   …   Premium -Try it free

## NIO Limited (NIO)
NYSE - NYSE Delayed Price. Currency in USD

⭐ Add to watchlist     👥 Visitors trend 2W ↓ 10W ↑ 9M ↑     Quote Lookup

**41.63** -3.13 (-6.99%)   **42.02** +0.39 (0.94%)
At close: March 18 4:00PM EDT   Pre-Market: 9:04AM EDT

Summary | Company Outlook 🔒 | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability


Get bold color at home with göt2b
Shop now.

| Time Period: Feb 08, 2021 - Mar 18, 2021 ⌄ | Show: Historical Prices ⌄ | Frequency: Daily ⌄ |

Apply

Currency in USD                                                                 ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 18, 2021 | 43.30 | 44.26 | 41.45 | 41.63 | 41.63 | 71,159,900 |
| Mar 17, 2021 | 41.90 | 45.02 | 41.33 | 44.76 | 44.76 | 95,591,200 |
| Mar 16, 2021 | 45.04 | 45.66 | 43.17 | 43.68 | 43.68 | 83,885,500 |
| Mar 15, 2021 | 45.55 | 46.29 | 44.38 | 44.93 | 44.93 | 74,013,600 |
| Mar 12, 2021 | 43.51 | 45.80 | 42.76 | 45.50 | 45.50 | 113,259,600 |
| Mar 11, 2021 | 44.44 | 46.16 | 42.80 | 46.03 | 46.03 | 134,109,800 |
| Mar 10, 2021 | 43.50 | 45.26 | 40.25 | 41.32 | 41.32 | 190,337,700 |
| Mar 09, 2021 | 37.48 | 42.08 | 36.52 | 41.35 | 41.35 | 175,901,000 |
| Mar 08, 2021 | 36.97 | 39.48 | 34.90 | 35.21 | 35.21 | 142,168,500 |
| Mar 05, 2021 | 39.24 | 39.87 | 31.91 | 38.11 | 38.11 | 270,244,200 |
| Mar 04, 2021 | 40.49 | 42.43 | 37.59 | 39.28 | 39.28 | 204,295,800 |
| Mar 03, 2021 | 44.58 | 45.08 | 41.11 | 41.53 | 41.53 | 106,780,000 |
| Mar 02, 2021 | 46.11 | 47.13 | 42.66 | 43.29 | 43.29 | 160,677,800 |
| Mar 01, 2021 | 48.55 | 50.42 | 47.63 | 49.76 | 49.76 | 90,985,500 |
| Feb 26, 2021 | 47.00 | 47.95 | 44.62 | 45.78 | 45.78 | 100,315,500 |
| Feb 25, 2021 | 51.60 | 51.85 | 46.01 | 46.81 | 46.81 | 95,513,800 |
| Feb 24, 2021 | 49.31 | 52.07 | 47.75 | 51.86 | 51.86 | 82,488,600 |
| Feb 23, 2021 | 45.62 | 49.67 | 41.66 | 49.11 | 49.11 | 142,544,300 |
| Feb 22, 2021 | 54.18 | 54.37 | 50.40 | 50.68 | 50.68 | 68,831,300 |
| Feb 19, 2021 | 55.72 | 56.04 | 54.10 | 55.04 | 55.04 | 43,020,700 |
| Feb 18, 2021 | 55.45 | 56.38 | 52.60 | 54.43 | 54.43 | 62,505,700 |


Trade like it's not your first rodeo — Try it free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **XPEV** XPeng Inc. | 35.00 | -1.12 | -3.10% |
| **PLTR** Palantir Technologies Inc. | 23.98 | -1.23 | -4.88% |
| **TSLA** Tesla, Inc. | 653.16 | -48.65 | -6.93% |
| **LI** Li Auto Inc. | 25.06 | -0.37 | -1.45% |
| **NKLA** Nikola Corporation | 14.78 | -1.61 | -9.82% |

**Earnings** ›

○ Consensus EPS

Q1 2020 Beat By $0.03 | Q2 2020 Beat By $0.10 | Q3 2020 Beat By $0.08 | Q4 2020 Missed By $0.09 | Q1 2021 — Mar 01

3/19/2021　　　　　　　　　　　　　　　　　　NIO 41.63 -3.11 -6.95% : NIO Limited - Yahoo Finance

Case 1:21-cv-01625-GHW   Document 20-2   Filed 03/19/21   Page 3 of 3

| Finance Home | Watchlists | My Portfolio | Screeners | Premium 🎟️ | Markets | News | Personal Finance | ⋯ | Premium -Try it free |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Feb 17, 2021 | 57.92 | 58.03 | 55.90 | 57.32 | 57.32 | 64,196,800 | |
| Feb 16, 2021 | 60.40 | 62.14 | 58.65 | 59.23 | 59.23 | 55,084,100 | |
| Feb 12, 2021 | 60.26 | 61.05 | 59.10 | 59.85 | 59.85 | 39,973,800 | |
| Feb 11, 2021 | 61.69 | 63.06 | 59.81 | 60.27 | 60.27 | 55,615,500 | |
| Feb 10, 2021 | 62.55 | 64.60 | 60.33 | 61.26 | 61.26 | 90,366,700 | |
| Feb 09, 2021 | 58.95 | 63.10 | 58.24 | 62.84 | 62.84 | 97,246,500 | |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.







## Recommendation Trends ›

Strong Buy
Buy
Hold
Underperform
Sell

## Recommendation Rating ›

2.3

1 Strong Buy　2 Buy　3 Hold　4 Under-perform　5 Sell

## Analyst Price Targets (19) ›

Average 57.50

Low 12.96　　　　　High 90.71

Current 41.63

## Upgrades & Downgrades ›



| Initiated | Mizuho: to Buy | 3/11/2021 |
| Maintains | Jefferies: to Hold | 3/8/2021 |
| Initiated | Nomura Instinet: to Buy | 1/22/2021 |
| Initiated | Jefferies: to Hold | 1/19/2021 |
| Downgrade | Citigroup: Buy to Neutral | 1/12/2021 |
| Maintains | JP Morgan: to Overweight | 1/11/2021 |


