UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2021
```

JING ZHANG, WEI FAN, MINGLIAN ZHANG,
AND JUN ZHOU,

        Plaintiffs,

   -against-

XUEYUAN HAN, HANFOR HOLDINGS CO., LTD.,
HF HOLDINGS LIMITED., HANFOR CAPITAL
MANAGEMENT CO., LTD., NUOYUAN CAPITAL
MANAGEMENT COMPANY LTD, GEORGE XU,
JUNJUN FENG, WENNAN AO, BZ INDUSTRIAL
(CHINA), BZ INDUSTRIAL
(VIRGIN ISLANDS), BZ INDUSTRIAL (CAYMAN
ISLANDS), HANFOR (CAYMAN) LIMITED, HFRE
LLC, HF CAPITAL MANAGEMENT CAY INC., HF
COSMOPOLITAN BETA L.P., HENGTAI
SECURITIES CO., LTD., JOHN DOES 1-10, JANE
DOES 1-10, AND ABC-XYZ CORP. 1-10,

        Defendants.

------------------------------------------------------------------------X

1:21-cv-01625-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  The Court has reviewed the parties' joint request to withdraw or seal Exhibit B to Plaintiffs'

reply memorandum of law.  *See* Dkt. No. 31-2.  Because the document contains sensitive information

related to Mr. Han's travels in and out of the United States and the parties agree that the exhibit

should be removed from the docket, the request to withdraw Exhibit B to Plaintiffs' reply, Dkt. No.

31-2, is granted.  The documents at Dkt. No. 31 have been provisionally sealed.  Within three days of

this order, Plaintiffs are directed to re-file their reply and Exhibit A on the docket.

  On February 27, 2021, the Court granted Plaintiffs' request to seal certain exhibits at Dkt.

No. 4 and ordered Plaintiffs "to file a complete set of the documents found at Dkt. No. 4, with the

redacted documents at Dkt. No. 14 substituting any exhibits containing sensitive information."  *See*

Dkt. Nos. 14-15.  To date, Plaintiffs have not complied with that order.  Plaintiffs' counsel is

directed to comply with that order forthwith.

The Clerk of Court is directed to strike Dkt. No. 31-2 from the docket of this case.

SO ORDERED.

Dated:  March 27, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge