```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JING ZHANG, WEI FAN, MINGLIAN ZHANG,                                    :
AND JUN ZHOU,                                                           :
                                                                        :
                                   Plaintiffs,                          :
                                                                        :
                   -against-                                            :
                                                                        :
XUEYUAN HAN, HANFOR HOLDINGS CO., LTD.,                                 :
HF HOLDINGS LIMITED., HANFOR CAPITAL                                    :
MANAGEMENT CO., LTD., NUOYUAN CAPITAL                                   :
MANAGEMENT COMPANY LTD, GEORGE XU,                                      :
JUNJUN FENG, WENNAN AO, BZ INDUSTRIAL                                   :
(CHINA), BZ INDUSTRIAL                                                  :
(VIRGIN ISLANDS), BZ INDUSTRIAL (CAYMAN                                 :
ISLANDS), HANFOR (CAYMAN) LIMITED, HFRE                                 :
LLC, HF CAPITAL MANAGEMENT CAY INC., HF                                 :
COSMOPOLITAN BETA L.P., HENGTAI                                         :
SECURITIES CO., LTD., JOHN DOES 1-10, JANE                              :
DOES 1-10, AND ABC-XYZ CORP. 1-10,                                      :
                                                                        :
                                   Defendants.                          :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

1:21-cv-01625-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 27, 2021, the Court granted Plaintiffs' request to seal certain exhibits at Dkt. No. 4 and ordered Plaintiffs "to file a complete set of the documents found at Dkt. No. 4, with the redacted documents at Dkt. No. 14 substituting any exhibits containing sensitive information." *See* Dkt. Nos. 14-15. On March 30, 2021, Plaintiffs' counsel submitted redacted copies of those exhibits. Dkt. No. 48. On April 8, 2021, Plaintiffs' counsel informed the Court that he had failed to redact a bank account number in Exhibit B-1 to the Affidavit of Jing Zhang. *See* Dkt. No. 48-2. Because that exhibit contains sensitive bank account information, Plaintiffs' April 8, 2021 request to seal Exhibit B-1, Dkt. No. 48-2, is granted. Within three days of this order, Plaintiffs are directed to re-file a properly redacted version of Exhibit B-1 on the docket.

The Court respectfully directs the Clerk of Court to modify the viewing level for Dkt. No. 48-2 to the sealed viewing level.

SO ORDERED.

Dated: April 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge