**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JING ZHANG,

                Plaintiff,

-against-                                   21 **CIVIL** 1625 (GHW)

                                                        **JUDGMENT**

XUEYUAN HAN, HANFOR HOLDINGS CO.,
LTD., HF HOLDINGS LIMITED, BEIJING
NUOYUAN HOLDINGS CO., HANFOR CAPITAL
MANAGEMENT CO., LTD., NUOYUAN CAPITAL
MANAGEMENT COMPANY LTD, JUNJUN FENG,
BANG ZE INDUSTRIAL CO., LTD. (CHINA), BZ
INDUSTRIAL LIMITED (VIRGIN ISLANDS), BZ
INDUSTRIAL (CAYMAN ISLANDS), HANFOR
(CAYMAN) LIMITED, HFRE LLC, HF CAPITAL
MANAGEMENT CAY INC., AND HF
COSMOPOLITAN BETA L.P.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 5, 2022, Plaintiff has not alleged any facts showing that she could cure her failure to establish subject matter jurisdiction. Plaintiff's leave to amend is denied. Defendants' motion to dismiss is granted and this action is dismissed without prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

        January 6, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                              **BY:**     *K. Mango*

                                                                  **Deputy Clerk**